O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 08-6111 AHM (VBKx) | Date | January 12, 2009 |
|---|---|---|---|
| Title | BESTFORD USA, INC., et al. v. KEITH CHUNG, et al. | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE |
|---|---|

| S. Eagle | Not Reported | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys **NOT** Present for Plaintiffs:      Attorneys **NOT** Present for Defendants:

**Proceedings:**        IN CHAMBERS (No Proceedings Held)

On November 25, 2008, this Court issued an order setting a Rule 16(b) scheduling conference in this case to be held on January 12, 2009. The order states that "[t]he lead trial attorney must attend the Scheduling Conference, unless excused for good cause shown in advance of the Scheduling Conference." Gene W. Choe, of the firm Gene W. Choe Law Offices, is listed on the docket for this case as the lead and lone counsel for Defendant. On January 5, 2009, either Andrew Weitz or Lukas D. Jackson (the signature is illegible), also of the Gene W. Choe Law Offices firm, signed on behalf of Defendant the Joint Rule 26(f) report filed by Plaintiff on that same date.

None of these attorneys appeared for Defendant at the January 12, 2009 scheduling conference. Nor did any of the aforementioned attorneys notify the Court that he would be absent or explain the reason for his failure to attend. The Court therefore **ORDERS** Messrs. Choe, Weitz, and Jackson each to **SHOW CAUSE** why monetary sanctions in the amount of $100 should not be imposed on each of them for failure to appear at a Court-ordered hearing and for failure to notify the Court of his absence and the reasons for it. Each attorney must respond separately to this Order in writing no later than **January 20, 2008.**

                                                                                            _____ : _____

                                                            Initials of Preparer      se