O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 08-6111 AHM (VBKx) | Date | January 22, 2009 |
|---|---|---|---|
| Title | BESTFORD USA, INC., et al. v. KEITH CHUNG, et al. | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | | |
|---|---|---|---|
| Stephen Montes | Not Reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys **NOT** Present for Plaintiffs:       Attorneys **NOT** Present for Defendants:

**Proceedings:**        IN CHAMBERS (No Proceedings Held)

On January 12, 2009, this Court issued an Order to Show Cause why monetary sanctions should not be imposed on attorneys Gene W. Choe, Andrew Weitz, and Lukas D. Jackson, all of the Gene W. Choe Law Offices firm.  None of the attorneys responded timely.  The Court therefore ORDERS each attorney to pay a sanction of $100 to the Clerk of the Court.  The sanctions must be paid on or before January 30, 2009.

|  | : |  |
|---|---|---|
| Initials of Preparer | SMO | |

cc: Fiscal