O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 08-6111 AHM (VBKx) | Date | January 28, 2009 |
|---|---|---|---|
| Title | BESTFORD USA, INC., et al. v. KEITH CHUNG, et al. | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | |
|---|---|---|
| S. Eagle | Not Reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys **NOT** Present for Plaintiffs:        Attorneys **NOT** Present for Defendants:

**Proceedings:**        IN CHAMBERS (No Proceedings Held)

    The Court has considered the declarations filed on January 23, 2009 by attorneys Gene W. Choe, Andrew Weitz, and Lukas D. Jackson.  Unless these attorneys pay the previously imposed $100 sanction to the Clerk of Court on or before February 2, 2009, the Court will initiate contempt proceedings.

                                                                                                                      :

Initials of Preparer        se