Brent H. Blakely (SBN 157292)
bblakely@blakelylawgroup.com
Cindy Chan (SBN 247495)
cchan@blakelylawgroup.com
BLAKELY LAW GROUP
915 North Citrus Avenue
Hollywood, California 90038
Telephone: (323) 464-7400
Facsimile: (323) 464-7410

MD JS-6

*Attorneys for Plaintiffs Bestford USA, Inc. and Studio IP Holdings, LLC*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BESTFORD USA, INC., et al., <br><br> Plaintiff, <br><br> vs. <br><br> KEITH CHUNG, <br><br> Defendant. | CASE NO. CV 08-6111 AHM (VBKx) <br><br> ***ORDER RE DISMISSAL*** <br><br><br> **Honorable A. Howard Matz** |

**IT IS HEREBY ORDERED** that this entire action will be dismissed without prejudice. Each party shall bear their own attorneys' fees and costs associated with this action.

DATED:  9/3/09

_____
Honorable A. Howard Matz
**United States District Judge**

1
**[PROPOSED] ORDER RE DISMISSAL OF ACTION WITHOUT PREJUDICE**